

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12
```

September 14, 2012

**BY FACSIMILE: (212) 805-7920**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

*Request granted. Parties are instructed to update the Court by October 14, 2012*

*So Ordered:*
*Sept. 18, 2012*
*[signature] Shira A. Scheindlin*
*U.S.D.J.*

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

Re: *American Civil Liberties Union Foundation v. United States Department of Justice, et al.*, No. 12 Civ. 4677 (SAS)

Dear Judge Scheindlin:

Plaintiff American Civil Liberties Union Foundation instituted this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552, to obtain records from various components of the United States Department of Justice and the Department of the Treasury regarding their access to the contents of individuals' private electronic communications. On behalf of the parties, and pursuant to this Court's August 17, 2012 Order, plaintiff writes to update the court on the parties' progress towards reaching a stipulation defining the scope of defendants' search and production obligations.

While the parties have been working to reach a stipulation, negotiations are ongoing and the parties propose to update the court again on their progress in 30 days' time. Since defendants filed their answer, the parties have conferred by telephone to discuss each paragraph of plaintiff's FOIA request in detail. Defendants have also circulated concrete proposals to plaintiff for the narrowing and processing of four of the six paragraphs of plaintiff's request, and plaintiff has supplied defendants with more specific explanations regarding the nature of the records it seeks for the remaining two paragraphs. In addition, the parties are negotiating — and attempting to reach agreement on — search methodologies for the various aspects of plaintiff's request, in an effort to avoid future litigation over the adequacy of defendants' searches. While the parties have not yet reached an agreement, they believe that it would be productive to continue their negotiations.

Yours truly,

[signature]

Nathan Freed Wessler
Counsel for plaintiff

cc: Christopher B. Harwood
    Counsel for defendants